# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 26, 2024

Clerk, 8th Circuit Court of Appeals
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S 10TH ST
ST. LOUIS, MO 63102

Appeal Number: 24-10679-J
Case Style: State of West Virginia, et al v. U.S. Securities and Exchange Commission
Agency Docket Number: RIN 3235-AM87

An order has been entered by the United States Judicial Panel for Multidistrict Litigation transferring the above-styled case to your court. Accordingly, attached is a copy of this court's docket and a copy of the Petition originally filed in our Court.

Please contact our office if you need any further information regarding this matter.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Transfer Letter